Matter of Ibhawa v New York State Div. of Human Rights (2024 NY Slip Op 06431)

Matter of Ibhawa v New York State Div. of Human Rights

2024 NY Slip Op 06431

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, AND MONTOUR, JJ.

251/23 CA 22-00060

[*1]IN THE MATTER OF VICTOR O. IBHAWA, PETITIONER-RESPONDENT,
v
NEW YORK STATE DIVISION OF HUMAN RIGHTS AND DIOCESE OF BUFFALO, RESPONDENTS-APPELLANTS. 

CAROLINE J. DOWNEY, GENERAL COUNSEL, BRONX (AARON M. WOSKOFF OF COUNSEL), FOR RESPONDENT-APPELLANT NEW YORK STATE DIVISION OF HUMAN RIGHTS. 
BOND, SCHOENECK & KING, PLLC, BUFFALO (ERIN S. TORCELLO OF COUNSEL), FOR RESPONDENT-APPELLANT DIOCESE OF BUFFALO.
DONNA A. MILLING, BUFFALO, FOR PETITIONER-RESPONDENT. 

 Appeals from an order of the Supreme Court, Erie County (E. Jeannette Ogden, J.), entered November 23, 2021. The order, insofar as appealed from, granted the petition in part. The order was reversed insofar as appealed from by order of this Court entered June 30, 2023 in a memorandum decision (217 AD3d 1500), and the Court of Appeals on November 26, 2024 reversed the order of this Court and remitted the case to this Court (— NY3d &mdash, 2024 NY Slip Op 05872 [2024]). 
Now, upon remittitur from the Court of Appeals, it is hereby ORDERED that the matter is remanded to respondent New York State Division of Human Rights for further proceedings in accordance with the opinion in Matter of Ibhawa v New York State Div. of Human Rights (— NY3d —, 2024 NY Slip Op 05872 [2024]).
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court